FILED
JAMES J. VILT, JR. - CLERK
JAN - 6 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF **KENTUCKY**
**BOWLING GREEN** DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

1. HAROLD MICHAEL MILAM
2. All SIMILAR SUITED PRISONERS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22 CV 3 GNS
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

-against-

1. HACK MARCUM, Personally & Officially
2. KENTUCKY JAILERS ASSOCIATION
3. COMMONWEALTH OF KENTUCKY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

4. All KENTUCKY JAILERS
5. All KENTUCKY COUNTY Judge EXECUTIVES & MEMBERS
6. All UNKNOWN ACTORS/ACTRESSES
7. KENTUCKY ASSOCIATION OF COUNTIES
8. GOVERNOR OF KENTUCKY

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HAROLD Michael MilAM |
| Street Address | 120 SOUTH CENTRAL AVENUE |
| City and County | CAMbELLSVille, TAYloR |
| State and Zip Code | KENTUCKY 42718 |
| Telephone Number | |
| E-mail Address | |

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HACK MARCUM |
| Job or Title (if known) | ELECTED JAILER OF TAYloR County |
| Street Address | 120 SOUTH CENTRAL AVENUE |
| City and County | CAMpbellsville TAYloR |
| State and Zip Code | KENTUCKY 42718 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | KENTUCKY ASSOCIATION OF COUNTIES |
| Job or Title (if known) | UNKNOWN |
| Street Address | |
| City and County | |

2

State and Zip Code _____ Unknown
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3
Name  Commonwealth of Kentucky
Job or Title
(if known)
Street Address _____ Unknown
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 4
Name  Kentucky Jailers Association
Job or Title
(if known)
Street Address _____ Unknown
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Over →

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

DEFENDANT #5  All Kentucky County Judge Executives & Members

DEFENDANT #6  Commonwealth of Kentucky

DEFENDANT #7  Governor of Kentucky

DEFENDANT #8  All Unknown Actors/Actresses

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See DAVID JONES vs CLARK COUNTY DETENTION CENTER 2021 UNITED STATES CONSTITUTION  DUE PROCESS KENTUCKY CONSTITUTION.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

MORE THAN $ 75,000
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is An inmate IN Taylor County Detention Center.
1. Plaintiff Has Not been Found Guilty, 2. NEITHER HAS Plaintiff been ORDERED By A Court Judge To Pay THE HOUSING Cost And Medical FEES FoR His STAY And Taylor County Jailer HACK MARCUM Illegatly Took

5

SEE BACK SIDE

$25.00 FOR MEDICAL AND 88.29 FOR HOUSING FOR A TOTAL $113.29 (ONE HUNDRED THIRTEEN DOLLARS AND TWENTY NINE CENTS). THIS POLICY, CUSTOM, AND/OR RANDOM ACT, IS UNLAWFUL AND IS IN VIOLATION OF HAROLD Michael MILAM'S UNITED STATES CONSTITUTIONAL Rights TO DUE PROCESS OF LAW, KENTUCKY CONSTITUTION, AND KENTUCKY SUPREME COURT CASE DAVID JONES VS CLARK COUNTY DETENTION CENTER, 2021. PLAINTIFF SUES ON BEHALF OF All Prisoners NOT ONLY IN TAYLOR COUNTY, BUT ON BEHALF OF ANY AND All PRISONERS IN THE STATE OF KENTUCKY AS THIS PRACTICE IS WIDE SPREAD AND HAS been GOING ON FOR THE PAST 20 YEARS. PLAINTIFF IS SUEING for 3 TIMES THE AMOUNT OF which was ILLEGAlly TAKEN, FOR Punitive DAMAGES AND FOR All COSTS AND ATTORNEY Fees. PLAINTIFF Seeks Class Counsel.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is sueing for 3 times The Amount Illegally Taken, Punitive, Exemplary, Nominal, Comersationally, Actual, punitive, pain And Suffering, Intentional infliction

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JAN 04, 2022

Signature of Plaintiff
Printed Name of Plaintiff   HAROLD Michael Milam

B. **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

Telephone Number  _____

E-mail Address  _____

7

HAROLD Michael Milam
TAYlOR County Detention Center
120 South Central Avenue
Campbellsville Kentucky 42718



LOUISVILLE KY 400
5 JAN 2022 PM 1 L

FILED
JAMES J. VILT, JR. - CLERK
JAN - 6 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville Kentucky 40202-2249



LEGAL MAIL

Dear Clerk, Please foward a filed copy for my records.